AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| Tavaris Earl Hunt | ) |
| *Plaintiff* | ) |
| v. | ) |
| Michael Cox et al., | ) |
| *Defendants* | ) |

Civil Action No.  22-3189

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   that Plaintiff Tavaris Earl Hunt's action against Defendants Michael Cox, Tiona Farrington, Rob Jeffreys, John Doe,
John Does, Douglas Stephens, Illinois Department of Corrections, Lincoln Correctional Center, and Ilona Fluornoy
is dismissed without prejudice; Plaintiff shall recover nothing on his claims against each of the named Defendants.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

❑  decided by Judge _____ on a motion for

Date:  10/12/23 _____

*CLERK OF COURT*

_____
s/ Shig Yasunaga
*Signature of Clerk or Deputy Clerk*